An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,
                    Appellant,
            vs.
ASHLEY NEYRINCK, AN
INDIVIDUAL,
                    Respondent.

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,
                    Appellant,
            vs.
ASHLEY NEYRINCK, AN
INDIVIDUAL,
                    Respondent.

No. 65990

**FILED**

JAN 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

No. 66110

### *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Kenneth C. Cory, District Judge
        Hutchison & Steffen, LLC
        Law Offices of Steven M. Burris, LLC
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-02492